_____ FILED                       _____ RECEIVED
_____ ENTERED              _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

          MAR 2 5 2021

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE SEPTEMBER 15, 2020 TERM | **MINUTES OF PROCEEDINGS**<br><br>DATE:  March 25, 2021 |

PRESENT:  **THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK:  Karen Walker

COURT REPORTER:  Stephen Grinder, Veteran Reporters

ASSISTANT UNITED STATES ATTORNEY:      Andolyn Johnson, AUSA

**MINUTES OF PROCEEDINGS:  GRAND JURY**

Grand Jury convened at 9:03 a.m.

The roll of the Grand Jury is taken.  (19 members present, which constitutes a quorum.)

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS SO ORDERED** that the said report and indictment(s) be filed.  There are **no** sealed indictments.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

| | |
|---|---|
| 3:21-cr-00008-LRH-CLB | USA v. Brandon Jerome Davis (3:21-mj-23-WGC) (in custody) Preliminary Examination currently scheduled for **Thursday, March 25, 2021 at 2:00 p.m.**, in Courtroom No. 2 before Magistrate Judge William G. Cobb converts to an Arraignment & Plea. |

| | |
|---|---|
| 3:21-cr-00009-MMD-WGC | USA v. Eric McBroom (3:21-mj-25-WGC) (in custody) Preliminary Examination currently scheduled for **Wednesday, March 31, 2021 at 2:00 p.m.**, in Courtroom No. 1 before Magistrate Judge Carla Baldwin converts to an Arraignment & Plea. |
| 3:21-cr-00010-MMD-CLB | USA v. Jaime Collazo Munoz Warrant Issued 3/25/2021 |
| 3:21-cr-00011-MMD-WGC | USA v. Ryan Thomas Eley Warrant Issued 3/25/2021 |
| 3:21-cr-00012-LRH-CLB | USA v. Francisco Navarro-Delgado Warrant Issued 3/25/2021 |
| 3:21-cr-00012-LRH-CLB | USA v. Jesse Arevalo Warrant Issued 3/25/2021 |

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 12:58 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: Karen Walker

Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2