# EXHIBIT A

# EXHIBIT A



# CyberTipline Report 48545864

## Priority Level: E
## (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 04-12-2019 14:54:48 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

**Incident Type:** Apparent Child Pornography (Unconfirmed)

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

NCMEC staff have viewed one or more of the files submitted with this CyberTipline report and have categorized one or more of the files as designated in the Incident Type.

Please see Section C for additional information related to the files that were viewed and categorized by NCMEC.

**Total Uploaded Files:** 3

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 48545864 | i

## Contents

| | |
|---|---|
| **Section A: Reported Information** | **1** |
| Reporting Electronic Service Provider (ESP) | 1 |
| Company Information | 1 |
| Incident Information | 1 |
| Suspect | 1 |
| Additional Information Submitted by the Reporting ESP | 5 |
| Uploaded File Information | 5 |
| **Section B: Automated Information Added by NCMEC Systems** | **7** |
| Explanation of Automated Information (in alphabetical order) | 7 |
| Further Information on Uploaded Files | 7 |
| Geo-Lookup (Suspect) | 7 |
| Geo-Lookup (Uploaded Files) | 8 |
| **Section C: Additional Information Provided by NCMEC** | **9** |
| NCMEC Note #1 | 9 |
| Uploaded File Information | 11 |
| **Section D: Law Enforcement Contact Information** | **13** |
| Las Vegas Metropolitan Police Department | 13 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 48545864 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Google
Google Reviewer

Business Address:
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**
Email: USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

## Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 04-11-2019 14:03:11 UTC
**Description of Incident Time:** The incident date refers to the approximate date and time Google became aware of the reported material.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

<pre>
                              Case 3:21-cr-00011-LRH-CSD   Document 36-1   Filed 11/22/21   Page 5 of 16

CyberTipline Report 48545864 | 2

## Suspect

| | |
|---|---|
| Name: | Ryan Eley |
| Mobile Phone: | ▉▉▉▉▉▉ |
| Email Address: | ▉▉▉▉▉▉▉▉▉▉▉ (Verified) |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:17 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:17 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:16 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:14 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:13 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:12 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:09 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-09-2019 15:01:08 UTC |
| IP Address: | 2600:6c4e:a00:5e46:bd29:2110:a273:7032 (Login)<br>04-08-2019 21:48:12 UTC |
| IP Address: | 2600:6c4e:a00:5e46:bd29:2110:a273:7032 (Login)<br>04-08-2019 21:48:10 UTC |
| IP Address: | 2600:6c4e:a00:5e46:bd29:2110:a273:7032 (Login)<br>04-08-2019 21:40:12 UTC |
| IP Address: | 2600:6c4e:a00:5e46:bd29:2110:a273:7032 (Login)<br>04-08-2019 21:39:36 UTC |
| IP Address: | 2600:6c4e:a00:5e46:bd29:2110:a273:7032 (Login)<br>04-08-2019 21:39:36 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-08-2019 21:12:11 UTC |
| IP Address: | 2600:6c4e:a00:5e46:74c6:a8ea:b9d0:4071 (Login)<br>04-08-2019 21:12:02 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-08-2019 21:12:01 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-08-2019 21:11:46 UTC |
| IP Address: | 47.36.70.191 (Login)<br>04-08-2019 21:11:44 UTC |
| IP Address: | 2600:6c4e:a00:5e46:74c6:a8ea:b9d0:4071 (Login)<br>04-08-2019 21:11:42 UTC |
| IP Address: | 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3 (Login)<br>03-25-2019 16:14:00 UTC |
| IP Address: | 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3 (Login)<br>03-25-2019 16:13:59 UTC |
| IP Address: | 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3 (Login)<br>03-25-2019 16:06:35 UTC |
| IP Address: | 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3 (Login)<br>03-25-2019 16:06:34 UTC |
| IP Address: | 47.33.2.204 (Login)<br>03-13-2019 13:35:08 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



| | |
|---|---|
| IP Address: | 47.33.2.204 (Login)<br>03-13-2019 13:35:08 UTC |
| IP Address: | 2600:6c4e:a00:bf3:286d:82eb:3f35:dfc (Login)<br>03-03-2019 00:25:40 UTC |
| IP Address: | 2607:fb90:a754:fb7f:4798:550c:2d3e:c41d (Login)<br>03-01-2019 15:42:26 UTC |
| IP Address: | 2607:fb90:a754:fb7f:4798:550c:2d3e:c41d (Login)<br>03-01-2019 15:42:25 UTC |
| IP Address: | 2607:fb90:a754:fb7f:8967:9b64:4f0a:7875 (Login)<br>03-01-2019 14:49:18 UTC |
| IP Address: | 2607:fb90:a754:fb7f:8967:9b64:4f0a:7875 (Login)<br>03-01-2019 14:49:17 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:53:41 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:52:27 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:35:58 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:35:57 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:28:51 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 13:28:50 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:59:02 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:59:02 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:58:47 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:58:46 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:54:35 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:54:35 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:51:44 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:51:35 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:51:34 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:51:25 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:51:23 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 12:27:52 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 10:44:50 UTC |
| IP Address: | 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 (Login)<br>02-24-2019 10:19:59 UTC |
| IP Address: | 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97 (Login)<br>02-24-2019 09:52:27 UTC |
| IP Address: | 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97 (Login)<br>02-24-2019 09:51:46 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 48545864 | 4

| | |
|---|---|
| IP Address: | 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97 (Login)<br>02-24-2019 09:51:23 UTC |
| IP Address: | 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97 (Login)<br>02-24-2019 09:51:20 UTC |
| IP Address: | 172.58.35.59 (Login)<br>01-06-2019 23:33:13 UTC |
| IP Address: | 47.33.2.204 (Login)<br>01-04-2019 10:22:13 UTC |
| IP Address: | 47.33.2.204 (Login)<br>01-04-2019 10:21:57 UTC |
| IP Address: | 47.33.2.204 (Login)<br>01-04-2019 10:19:46 UTC |
| IP Address: | 47.33.2.204 (Login)<br>01-04-2019 10:19:43 UTC |
| IP Address: | 2600:6c4e:a00:bf3:f05d:ee1:ffa7:ac62 (Login)<br>01-04-2019 10:19:42 UTC |
| IP Address: | 2600:6c4e:a00:bf3:143b:464:393d:e49f (Login)<br>12-21-2018 12:03:07 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-21-2018 12:03:06 UTC |
| IP Address: | 2600:6c4e:a00:bf3:8ec:6d14:8020:7283 (Login)<br>12-19-2018 16:51:37 UTC |
| IP Address: | 2600:6c4e:a00:bf3:8ec:6d14:8020:7283 (Login)<br>12-19-2018 16:51:37 UTC |
| IP Address: | 2600:6c4e:a00:bf3:e941:72ed:d6f4:7227 (Login)<br>12-17-2018 14:50:02 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:46:27 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:46:21 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:46:13 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:45:48 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:40 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:37 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:34 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:31 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:31 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:30 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:28 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:27 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:15 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:14 UTC |
| IP Address: | 47.33.2.204 (Login)<br>12-17-2018 14:42:13 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 48545864 | 5

| | |
|---|---|
| IP Address: | 47.33.2.204 (Registration) <br> 12-17-2018 14:42:10 UTC |
| Additional Information: | Secondary email: ▮▮▮▮▮▮▮ |

## Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Photos infrastructure

## Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 3 |

## Uploaded File Information

| | |
|---|---|
| Filename: | 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg |
| MD5: | ae0af6deb8223eb61af2098e96d5e809 |
| Original Filename Associated with File: | 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: <br> (See Section B for further explanation) | B2 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2600:6c4e:a00:bf3:f05d:ee1:ffa7:ac62 | Upload | 01-04-2019 10:24:46 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | d7ec2dbc-9e0c-48ad-9583-4955fd4617dd.gif |
| MD5: | 1d2cc00f7210a27c672092ec0781f57b |
| Original Filename Associated with File: | d7ec2dbc-9e0c-48ad-9583-4955fd4617dd.gif |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: <br> (See Section B for further explanation) | B2 |

## Uploaded File Information

| | |
|---|---|
| Filename: | 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg |
| MD5: | ae0af6deb8223eb61af2098e96d5e809 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. <br> Please treat all information in this Report as confidential.



| | |
|---|---|
| **Original Filename Associated with File:** | 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | (Information Not Provided by Company) |
| **Metadata provided separately by ESP for the file?** | Yes |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

CyberTipline Report 48545864 | 7

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

Number of uploaded files in each categorization category:

B2: 2

The following categorization system was created by various ESPs in January 2014:

|   | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2607:fb90:a754:fb7f:8967:9b64:4f0a:7875 | US | CA | Sacramento | Sacramento-Stockton-Modesto | 95823 | | 38.4799/ -121.4451 | T-Mobile USA/ T-Mobile USA |
| 2600:6c4e:a00:bf3:e941:72ed:d6f4:7227 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000154



CyberTipline Report 48545864 | 8

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2600:6c4e:a00:5e46:74c6:a8ea:b9d0:4071 | US | NV | Reno | Reno | 89512 | | 39.5483/ -119.7957 | Spectrum/ Spectrum |
| 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 47.33.2.204 | US | NV | Sun Valley | Reno | 89433 | | 39.5955/ -119.7754 | Spectrum/ Spectrum |
| 2600:6c4e:a00:bf3:f05d:ee1:ffa7:ac62 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 2607:fb90:a754:fb7f:4798:550c:2d3e:c41d | US | CA | Sacramento | Sacramento-Stockton-Modesto | 95823 | | 38.4799/ -121.4451 | T-Mobile USA/ T-Mobile USA |
| 2600:6c4e:a00:bf3:8ec:6d14:8020:7283 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 2600:6c4e:a00:5e46:bd29:2110:a273:7032 | US | NV | Reno | Reno | 89512 | | 39.5483/ -119.7957 | Spectrum/ Spectrum |
| 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3 | US | NV | Reno | Reno | 89512 | | 39.5483/ -119.7957 | Spectrum/ Spectrum |
| 172.58.35.59 | US | CA | Sacramento | Sacramento-Stockton-Modesto | 95823 | | 38.4799/ -121.4451 | T-Mobile USA/ T-Mobile USA |
| 2600:6c4e:a00:bf3:286d:82eb:3f35:dfc | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 2600:6c4e:a00:bf3:143b:464:393d:e49f | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |
| 47.36.70.191 | US | NV | Sparks | Reno | 89431 | | 39.5473/ -119.7556 | Spectrum/ Spectrum |

### Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2600:6c4e:a00:bf3:f05d:ee1:ffa7:ac62 | US | NV | Reno | Reno | 89523 | | 39.5249/ -119.9031 | Spectrum/ Spectrum |

**This concludes Section B**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000155

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography (Unconfirmed) |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 05-23-2019 17:19:22 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |
| **Associated CyberTipline Reports:** | 48545864, 49594473 |

NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-BH 05-23-2019 17:19:23 UTC*

CT/TA results for: ryaneley*
----------------------------
49594473
48545864
29147815 NV, Las Vegas Metropolitan Police Department


CT/TA results for: "Ryan Eley"
----------------------------
49594473
48545864
35626281 NV, Las Vegas Metropolitan Police Department
35288425 NV, Las Vegas Metropolitan Police Department
32794691 NV, Las Vegas Metropolitan Police Department
26394281 NV, United States


CT/TA results for: +17754003750
-----------------------------
49594473
48545864
35626281 NV, Las Vegas Metropolitan Police Department
35288425 NV, Las Vegas Metropolitan Police Department
32794691 NV, Las Vegas Metropolitan Police Department
31801460 NV, Las Vegas Metropolitan Police Department
31717199 NV, Las Vegas Metropolitan Police Department
31609743 NV, Las Vegas Metropolitan Police Department
31441662 NV, Las Vegas Metropolitan Police Department

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

USAO 000156



31308986 NV, Las Vegas Metropolitan Police Department
31256108 NV, Las Vegas Metropolitan Police Department
31091970 NV, Las Vegas Metropolitan Police Department
29147815 NV, Las Vegas Metropolitan Police Department
27692182 NV, Las Vegas Metropolitan Police Department
27384045 NV, Las Vegas Metropolitan Police Department
26394281 NV, United States

CT/TA results for: 7754003750
-----------------------------
32794691 NV, Las Vegas Metropolitan Police Department
29147815 NV, Las Vegas Metropolitan Police Department
27384045 NV, Las Vegas Metropolitan Police Department
26394281 NV, United States


CT/TA results for: 2600:6c4e:a00:bf3:e941:72ed:d6f4:7227
-------------------------------------------------------
48545864


CT/TA results for: 2600:6c4e:a00:bf3:143b:464:393d:e49f
------------------------------------------------------
48545864


CT/TA results for: 2600:6c4e:a00:bf3:95d1:62b:1a15:dc97
------------------------------------------------------
48545864


CT/TA results for: 2600:6c4e:a00:bf3:6d19:ce91:40e:9d22
------------------------------------------------------
49594473
48545864


CT/TA results for: 2600:6c4e:a00:bf3:286d:82eb:3f35:dfc
------------------------------------------------------
49594473
48545864


CT/TA results for: 47.33.2.204
-----------------------------
49594473
48545864
35626281 NV, Las Vegas Metropolitan Police Department
35288425 NV, Las Vegas Metropolitan Police Department


CT/TA results for: 2600:6c4e:a00:5e46:3dc7:2c92:db90:75a3

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

---------------------------------------------------------
48545864


CT/TA results for: 2600:6c4e:a00:5e46:bd29:2110:a273:7032
---------------------------------------------------------
49594473
48545864


CT/TA results for: 47.36.70.191
-------------------------------
49594473
48545864


CT/TA results for: 2600:6c4e:a00:bf3:f05d:ee1:ffa7:ac62
-------------------------------------------------------
48545864

Reports appear related. Prior reports were sent to the NV ICAC.

==

Based on prior reports I have sent this to the NV ICAC.

## Uploaded File Information

### Files Viewed by NCMEC:

NCMEC staff have viewed the following uploaded files which had not been previously viewed and categorized by NCMEC at the time this report was generated.

#### Files Viewed by NCMEC

| Filename | MD5 |
|---|---|
| 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg | ae0af6deb8223eb61af2098e96d5e809 |
| d7ec2dbc-9e0c-48ad-9583-4955fd4617dd.gif | 1d2cc00f7210a27c672092ec0781f57b |

### Files Not Viewed by NCMEC:

NCMEC staff have not viewed the following uploaded files submitted with this report and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

#### Files Not Viewed by NCMEC

| Filename | MD5 |
|---|---|
| 4903df20-8cea-4d17-ae49-fea6f67d2385.jpg | ae0af6deb8223eb61af2098e96d5e809 |

### This concludes Section C

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 48545864 | 12

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

---

This report contains ESP provided metadata information for one or more uploaded files.

For reports received through IDS, any metadata information provided separately by the ESP may be viewed by accessing 'Case Information' and viewing the 'Raw CyberTip Details' of the report.

For reports received through the CyberTip Downloader, any metadata information provided separately by the ESP may be viewed by accessing the 'Report Summary' page and clicking on 'Uploaded by ESP'. Files with metadata information provided separately by the ESP will display 'Metadata' with a 'View' option. Clicking on 'View' will display the available metadata in a new window.

Additionally, metadata information provided separately by the ESP may be viewed by accessing the XML file and viewing the espMetadata section of the report.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 48545864 | 13

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

### Las Vegas Metropolitan Police Department

**Investigator:**

Assigned Officer: Access VPN
Title: Investigative Specialist Lisa Rowe
City/State: Las Vegas, NV
Country: United States
Phone Number: 702-828-0124
Email Address: l3727r@lvmpd.com,c5262h@lvmpd.com,M6978F@lvmpd.com,A6208C@lvmpd.com

Time/Date was made available: 05-23-2019 17:19:22 UTC

This concludes Section D

This concludes CyberTipline Report 48545864

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*