# EXHIBIT B

# EXHIBIT B



# CyberTipline Report 60635340

## Priority Level: E
## (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 12-05-2019 11:11:39 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography

NCMEC Incident Type is based on NCMEC's review of the information or uploaded files in this report **OR** a "Hash Match" of one or more uploaded files.

**Total Uploaded Files:** 64

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



## Contents

**Section A: Reported Information**     **1**

     Reporting Electronic Service Provider (ESP)     1

     Company Information     1

     Incident Information     1

     Suspect     1

     Additional Information Submitted by the Reporting ESP     2

     Uploaded File Information     3–24

**Section B: Automated Information Added by NCMEC Systems**     **26**

     Explanation of Automated Information (in alphabetical order)     26

     Further Information on Uploaded Files     26

     Uploaded File Information     26

     Geo-Lookup (Suspect)     27

     Geo-Lookup (Uploaded Files)     27

**Section C: Additional Information Provided by NCMEC**     **28**

     Apparent Child Pornography     28

     NCMEC Note #1     28

     Uploaded File Information     32

**Section D: Law Enforcement Contact Information**     **35**

     Las Vegas Metropolitan Police Department     35

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Google
Google Reviewer

Business Address:
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**
Email: USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

## Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s)  prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

## Incident Information

**Incident Type:**             Child Pornography (possession, manufacture, and distribution)
**Incident Time:**             12-05-2019 06:24:20 UTC
**Description of Incident Time:**   The incident date refers to the approximate date and time Google became aware of the reported material.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



## Suspect

**Name:**     Dolly Peterson
**Email Address:**     ███████████████ (Verified)
**IP Address:**     2600:6c4e:a80:280:8017:83f6:737b:c05d (Login)
11-05-2019 06:40:27 UTC

**IP Address:**     71.89.252.164 (Login)
10-18-2019 05:16:12 UTC

**IP Address:**     71.89.252.164 (Login)
09-28-2019 00:13:10 UTC

**IP Address:**     71.89.252.164 (Login)
09-28-2019 00:11:34 UTC

**IP Address:**     2600:6c4e:a80:280:b454:42ea:61d:6a4d (Login)
09-17-2019 16:58:01 UTC

**IP Address:**     2600:6c4e:a80:280:d47f:5011:cbd:b764 (Login)
09-16-2019 10:43:47 UTC

**IP Address:**     2600:6c4e:a80:280:d47f:5011:cbd:b764 (Login)
09-16-2019 10:43:08 UTC

**IP Address:**     2600:6c4e:a80:280:d47f:5011:cbd:b764 (Login)
09-16-2019 06:51:16 UTC

**IP Address:**     45.83.89.213 (Login)
09-14-2019 20:23:31 UTC

**IP Address:**     71.89.252.164 (Login)
09-11-2019 06:33:19 UTC

**IP Address:**     2600:6c4e:a80:280:11bb:1214:29cc:4e25 (Login)
09-11-2019 06:28:52 UTC

**IP Address:**     2600:6c4e:a80:280:c51e:ae6:d18c:22bb (Login)
09-09-2019 15:55:12 UTC

**IP Address:**     2600:6c4e:a80:280:c51e:ae6:d18c:22bb (Login)
09-09-2019 15:55:10 UTC

**IP Address:**     2600:6c4e:a80:280:48da:8a0:7a08:f36e (Login)
07-31-2019 01:11:23 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:53:44 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:53:43 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:47:51 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:45:52 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:45:14 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:44:37 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:43:56 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:43:50 UTC

**IP Address:**     2600:6c4e:a80:280:2900:417:6d99:a817 (Login)
07-23-2019 08:43:49 UTC

## Additional Information Submitted by the Reporting ESP

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



Google became aware of the reported content which was stored in Google Photos infrastructure

## Uploaded File Information

**Number of uploaded files:** 64

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-3d4d4c44729751ec55b5e6b61f95ed01-eo-110.mp4 |
| **MD5:** | f5a2f7854799bca5c9e258be24622689 |
| **Original Filename Associated with File:** | eo-110.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | (Information Not Provided by Company) |
| **Image Categorization by ESP:** | B1 |
| **(See Section B for further explanation)** | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | report_9087985725645276877 |
| **MD5:** | 8cd1baac51042433683c9714ccf4bc97 |
| **Original Filename Associated with File:** | Cumshot compilation(underage).AVI.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:00:56 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | report_3962739254078614535 |
| **MD5:** | 867d02bc3d85536f065e5263e0ae3505 |
| **Original Filename Associated with File:** | VID-20170608-WA0067.mp4.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:52 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-a2a023de0c5c9685fe67a4902c50b4d7-VID-20170223-WA0052.mp4 |
| **MD5:** | 6a7b3cac0eb01c672b631ae04411561a |
| **Original Filename Associated with File:** | VID-20170223-WA0052.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | (Information Not Provided by Company) |
| **Image Categorization by ESP:** | B1 |
| **(See Section B for further explanation)** | |

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | report_6296793266502048093 |
| **MD5:** | cadc443cd89229d5fcb16d3b48b444d5 |
| **Original Filename Associated with File:** | ey_20100626(001).mp4.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Metadata provided separately by ESP for the file?** | Yes |

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:25 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | report_163754929800904895 |
| **MD5:** | fdfe44df1d1452067dfc8005e12650eb |
| **Original Filename Associated with File:** | 2011 Petite Brune 5y - 1.avi.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**USAO 000338**



Metadata provided separately by ESP for the file?        Yes

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:57 UTC |

## Uploaded File Information

Filename:                                             report_2674682382168721371
MD5:                                                  40e3b1e1f2c4771eb8e7b01a9b80e50c
Original Filename Associated with File:               CAM00029.mp4.jpg
Did Reporting ESP view entire contents of uploaded file?   (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?  No
Metadata provided separately by ESP for the file?         Yes

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:02:22 UTC |

## Uploaded File Information

Filename:                                             report_7289894455623512766
MD5:                                                  460cd45e56e10b9b40e48e6127b8365c
Original Filename Associated with File:               103cam19.avi.jpg
Did Reporting ESP view entire contents of uploaded file?   (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?  No

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:00:42 UTC |

## Uploaded File Information

Filename:                                             report_4630689011907147120
MD5:                                                  42bf7178c280a2c9de2d35a4764a1843
Original Filename Associated with File:               Dori_2_cum.wmv.jpg
Did Reporting ESP view entire contents of uploaded file?   (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?  No
Metadata provided separately by ESP for the file?         Yes

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

USAO 000339



Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:01:40 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-c772300f76647b9e5673fd8ac6f6bdf9-eo-126.mp4 |
| MD5: | 914f73d97ddb5db2b6c50f2617d84950 |
| Original Filename Associated with File: | eo-126.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_11239885092919141478 |
| MD5: | 29a2239564f7337251274fb0b3690823 |
| Original Filename Associated with File: | VID_20130106_104527.3gp.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:40 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_10540880242858376442 |
| MD5: | ca18bf0d2936f11777c0d4faebd1f48e |
| Original Filename Associated with File: | twin sister hj bj swallow.avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000340



| | |
|---|---|
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: | B1 |
| (See Section B for further explanation) | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:17 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_373346688766447224 |
| MD5: | 47aac19c99b2bfa5465f45c426aa3087 |
| Original Filename Associated with File: | g29.avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:01:05 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_10114330473051273031 |
| MD5: | bbfad624c5414d1053aa8854357550e0 |
| Original Filename Associated with File: | [d-c]Pthc 7Yo Blowjob Fuck Dad Cumshot.avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:58:29 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_12579447567315613998 |
| MD5: | c04a3fcffdade7100d4bd8720a349baa |
| Original Filename Associated with File: | VID_20130224_162832.3gp.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000341



**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:59 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1851473400255349557 |
| MD5: | 6d4fe3824337180e5fc65dc8d3766b95 |
| Original Filename Associated with File: | ey_S5000980.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:24 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_2893705311517057332 |
| MD5: | 5435bedc79cd3d63dea5228ea63b0df8 |
| Original Filename Associated with File: | ĿąßÔÓá ß íÓáÔ«Č ÔáşŠŃţÔ.webm.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B2 |

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:33 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_16804895685905659861 |
| MD5: | 2a102001f8ce46ab5dfcf08f4c15d917 |
| Original Filename Associated with File: | Emma DSC00095163.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:59:49 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-837c5db38fba81d8dcd1a7fe9e213176-eo-115.mp4 |
| MD5: | 0b882b04317ed3d1f78a66c4100f2258 |
| Original Filename Associated with File: | eo-115.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1031551636061565538 |
| MD5: | 8da211677e60b7aea2d73c60816f1bee |
| Original Filename Associated with File: | ey_20101008.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:37 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-5a66f7fcff2befe3358e1c049f1c874d-mari 18.mp4 |
| MD5: | 93d773f471e1e58ea19a2dff5f9fe645 |
| Original Filename Associated with File: | mari 18.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



Image Categorization by ESP:                                    B1
(See Section B for further explanation)

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_17268648015855094115 |
| MD5: | f3382d98784e5037d7292bf58a98ee24 |
| Original Filename Associated with File: | CAM00072.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:57:20 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-77c5b4ef08c2ac6bfbd09eacbd41f6c5-eo-4.mp4 |
| MD5: | 49f77d46eff67c7be2189ea1793c2095 |
| Original Filename Associated with File: | eo-4.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-55db40ea6b752cd1b762980b45db6355-dddscrw.mp4 |
| MD5: | 4d2a21fedc82e001bdc291e5bb4db6d1 |
| Original Filename Associated with File: | dddscrw.mp4 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: | B1 |
| (See Section B for further explanation) | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_12324777311019981459 |
| MD5: | 763765723a19a69fcc65d8bb6f29a963 |
| Original Filename Associated with File: | marys pussy and ass 6yr girl sweet.avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:01:09 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_9021947899845250932 |
| MD5: | 711bedc5fdf32bb4854881c3cb8abdab |
| Original Filename Associated with File: | twin sister fingering.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: | B1 |
| (See Section B for further explanation) | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:00:33 UTC |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



## Uploaded File Information

| | |
|---|---|
| Filename: | report_13611091555013491045 |
| MD5: | e943418d1e58ab001ae5d15b160b028e |
| Original Filename Associated with File: | kg_k7csis3.mpg.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B2 |

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:02:17 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_3653942111428592808 |
| MD5: | 5acfe6b61ebc526d1e54a34690ce09b1 |
| Original Filename Associated with File: | VID_20140209_214743 (1).mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:18 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_4043690466004219824 |
| MD5: | 51bcad0e842a0d9d028d5a703529fadc |
| Original Filename Associated with File: | She wanna fuck.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000346



CyberTipline Report 60635340 | 13

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:59:30 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_7033403513946928415 |
| MD5: | af8b3093591bf122b1f0b55adb7e7b9a |
| Original Filename Associated with File: | Bibigon Vibro school.mkv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:57 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_5055794078091072247 |
| MD5: | 83619c49bcaee1a2a2a2c9ab6defbe97 |
| Original Filename Associated with File: | 1_5145522892515049500.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:02:32 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_12310002735383942452 |
| MD5: | 0a2a4a6df3fff6f1149900616f1ee7be |
| Original Filename Associated with File: | 5yo daughter Edyta - Huge cumshot on her puffy pussy (Very Good!).mpg.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

USAO 000347



CyberTipline Report 60635340 | 14

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:57:28 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_5762676996714761301 |
| MD5: | 4e4d9cd73ffee591321914c682144045 |
| Original Filename Associated with File: | twin sister washing machine fuck.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:16 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_14664424532068088574 |
| MD5: | b0921955ababeb0598b73ade2d9bc78b |
| Original Filename Associated with File: | 20160825_180128.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:29 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_9980066444554056455 |
| MD5: | ad9d3ce6382d8324e1cf523666aa23b9 |
| Original Filename Associated with File: | Timm 05.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000348



| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:51 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_6546443937988750250 |
| MD5: | 53a89c990dac8bcde53ea0f1165b5f86 |
| Original Filename Associated with File: | VIDEO0014.3gp.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:56 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-62216f50c22e0044731a3abea428133c-VID-20170720-WA0041.mp4 |
| MD5: | 71b79aa0dc83f17dbbb9373329f62f4e |
| Original Filename Associated with File: | VID-20170720-WA0041.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1864324538541851232 |
| MD5: | 633242fa08b00b1227d7615ac7dbe851 |
| Original Filename Associated with File: | (pthc) NEW 2016 Pedo Childlover 8yo Daddys Little Girl JM 02 Re-encode.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000349



**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:18 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_3984034825742754024 |
| MD5: | 80db88b9508ca15dbe925b64d71f7f4d |
| Original Filename Associated with File: | Mini (9).mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:23 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_5063320436252387292 |
| MD5: | c3e6be54debcaa669959a131ef0de48f |
| Original Filename Associated with File: | NewTara07 01.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

**Source Information:**

| Type | Value | | Event | Date/Time |
|------|-------|---|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:57:57 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_4714539929371523081 |
| MD5: | b8d8c996075605a9c7c2d25f570495ab |
| Original Filename Associated with File: | Superstar girl (full).avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:29 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1730626854991387148 |
| MD5: | c5b42fbcf6692b41dac3a389b727283b |
| Original Filename Associated with File: | video_2017-08-13_10-47-51.mp4.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:52 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_13334194118259743071 |
| MD5: | bcdc506aa80edb1fa41256f6ed1f0ad3 |
| Original Filename Associated with File: | littlethaiboy&girl_b.avi.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:01:03 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_4931158180033729930 |
| MD5: | c744fc857bb7ae3fc72d7cb4c43db94e |
| Original Filename Associated with File: | DSC_5795.MOV.jpg |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

USAO 000351



| Were entire contents of uploaded file publicly available? | No |
| --- | --- |

**Source Information:**

| Type | Value | | Event | Date/Time |
| --- | --- | --- | --- | --- |
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:01:31 UTC |

## Uploaded File Information

| | |
| --- | --- |
| Filename: | report_8525662435664837271 |
| MD5: | 014cc33083f2d142bf3df50bd1eb4a3f |
| Original Filename Associated with File: | TF-BTF_full.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

**Source Information:**

| Type | Value | | Event | Date/Time |
| --- | --- | --- | --- | --- |
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:00:31 UTC |

## Uploaded File Information

| | |
| --- | --- |
| Filename: | report_15977413682758358032 |
| MD5: | b4affc73e2afa4f4a020ad8fdeb1e00e |
| Original Filename Associated with File: | 9yo-SuziQ-12-long.mkv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | | Event | Date/Time |
| --- | --- | --- | --- | --- |
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:59:08 UTC |

## Uploaded File Information

| | |
| --- | --- |
| Filename: | report_1813591774887297467 |
| MD5: | d88b791591c7c5115d7ea51ec7eb88c5 |
| Original Filename Associated with File: | ey_2011 7yo niece- SUCK AND CUM IN MOUTH.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:59:22 UTC |

## Uploaded File Information

| | |
|--|--|
| Filename: | report_1362792316892076566 |
| MD5: | 8087446968095952c4f3547147a5ed79 |
| Original Filename Associated with File: | jenny 11 yo, licked by her dog.avi.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:59:16 UTC |

## Uploaded File Information

| | |
|--|--|
| Filename: | report_10019511929354302214 |
| MD5: | ae8c37144555ae88b45e9401ca408d90 |
| Original Filename Associated with File: | CAM00107.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | | Event | Date/Time |
|------|-------|--|-------|-----------|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:57:54 UTC |

## Uploaded File Information

| | |
|--|--|
| Filename: | report_6222442389190226729 |
| MD5: | c91918b1cf637343a6a79b263658fb51 |
| Original Filename Associated with File: | ey_S5000923.AVI.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:57:20 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_3975889243788062982 |
| MD5: | 1dc2ddd7703d822b46a0814242cd6105 |
| Original Filename Associated with File: | TwoGirls.flv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:22 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1209544576224376718 |
| MD5: | f78a05f0eff2cd94bab9ea5f1f02ed89 |
| Original Filename Associated with File: | May & Danica 016_mpeg4.mkv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP:<br>(See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:58:21 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_1703539850388440133 |
| MD5: | c3aa8d1a03c7694e335c71aeb383df77 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Original Filename Associated with File: | 16yo Sucks 5yo.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 15:58:37 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_8240452446507645849 |
| MD5: | 98265ad353f2961b0405c568418674fa |
| Original Filename Associated with File: | Ma003.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:00:40 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_10952783099226824818 |
| MD5: | 51998218248ab0f309753140a3fdf41b |
| Original Filename Associated with File: | Vicky_69.mpg.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |

Source Information:

| Type | Value | | Event | Date/Time |
|---|---|---|---|---|
| IP Address | 71.89.252.164 | | Upload | 09-18-2019 16:02:29 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_10424200808435731657 |
| MD5: | d68720d03d536e4f827f557dcb06ae0a |
| Original Filename Associated with File: | May & Danica 2015 HC.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: | B1 |
| (See Section B for further explanation) | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:28 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_5099568137478132148 |
| MD5: | 1800d22853bd3c6ba6c21bfef8948718 |
| Original Filename Associated with File: | ey_7.wmv.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP: | B1 |
| (See Section B for further explanation) | |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:02:13 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_8554288227967972438 |
| MD5: | 9501bfa08dd7513e950abe02b16233d5 |
| Original Filename Associated with File: | Mini (4).mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:00 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_5846425463002794005 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

USAO 000356



MD5:                                                                8a030e3f2b225d6be89684efdc5c7b39
Original Filename Associated with File:                             video01.mp4.jpg
Did Reporting ESP view entire contents of uploaded file?           Yes
Did Reporting ESP view the EXIF of uploaded file?                  (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?          No
Image Categorization by ESP:                                       B1
(See Section B for further explanation)

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 16:01:09 UTC |

## Uploaded File Information

Filename:                                                          report_14363141644855505004
MD5:                                                               a0bf7f1e162bc068855b100b12a122a1
Original Filename Associated with File:                             kg_JHO - K + Amber - Company 3E.mpg.jpg
Did Reporting ESP view entire contents of uploaded file?           Yes
Did Reporting ESP view the EXIF of uploaded file?                  (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?          No
Image Categorization by ESP:                                       B1
(See Section B for further explanation)

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:04 UTC |

## Uploaded File Information

Filename:                                                          report_16976153358049929731
MD5:                                                               f7dad8aa35ae58fb670cabeb93a1a052
Original Filename Associated with File:                             bettyvid 30_vayjay_in_sun.avi.jpg
Did Reporting ESP view entire contents of uploaded file?           (Information Not Provided by Company)
Were entire contents of uploaded file publicly available?          No
Metadata provided separately by ESP for the file?                  Yes

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:57:23 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



## Uploaded File Information

| | |
|---|---|
| Filename: | report_15890557904668545635 |
| MD5: | 1403f07c337b1bdd1e58e24fe51291cd |
| Original Filename Associated with File: | (pthc) NEW 2016 Pedo Childlover 8yo Daddy's Little Girl JM 08 Re-encode.mp4.jpg |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:58:46 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | Google-CT-RPT-473f7826fffb57961f8fe07a9a91c951-online_girls_0022.mp4 |
| MD5: | 7cc507011f00251ca346888abcdd18eb |
| Original Filename Associated with File: | online_girls_0022.mp4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 71.89.252.164 | Upload | 11-21-2019 13:22:02 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_10010411557824797849 |
| MD5: | 1b4d0cd20da4e74e712e084be68906e0 |
| Original Filename Associated with File: | 9yo-SuziQ-07.mpg.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | No |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

USAO 000358



| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Address | 71.89.252.164 | Upload | 09-18-2019 15:59:56 UTC |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**USAO 000359**

NATIONAL CENTER FOR
MISSING &
EXPLOITED
CHILDREN

CyberTipline Report 60635340 | 26

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

Number of uploaded files in each categorization category:

**B1:**      25
**B2:**      2

The following categorization system was created by various ESPs in January 2014:

|  | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Uploaded File Information

**File Tag(s):** Automated file categorization is based on NCMEC's review of uploaded files in this report **OR** a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

### Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| Google-CT-RPT-77c5b4ef08c2ac6bfbd09eacbd41f6c5-eo- | 49f77d46eff67c7be2189ea1793c2095 | Apparent Child Pornography |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



## Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| 4.mp4 | | |
| report_13611091555013491045 | e943418d1e58ab001ae5d15b160b028e | Apparent Child Pornography |
| report_4043690466004219824 | 51bcad0e842a0d9d028d5a703529fadc | CP (Unconfirmed) |
| report_7033403513946928415 | af8b3093591bf122b1f0b55adb7e7b9a | Apparent Child Pornography |
| report_17306268549913871481 | c5b42fbcf6692b41dac3a389b727283b | Apparent Child Pornography |
| report_8525662435664837271 | 014cc33083f2d142bf3df50bd1eb4a3f | Apparent Child Pornography |
| report_12095445766224376718 | f78a05f0eff2cd94bab9ea5f1f02ed89 | Apparent Child Pornography |
| report_10952783099226824818 | 51998218248ab0f309753140a3fdf41b | Apparent Child Pornography |
| report_5846425463002794005 | 8a030e3f2b225d6be89684efdc5c7b39 | Apparent Child Pornography |

### Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 45.83.89.213 | US | CA | Los Angeles | Los Angeles | 90014 | | 34.0549/ -118.2578 | M247 Europe SRL/ M247 Ltd |
| 2600:6c4e:a80:280:b454:42ea:61d:6a4d | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:c51e:ae6:d18c:22bb | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:2900:417:6d99:a817 | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:d47f:5011:cbd:b764 | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 71.89.252.164 | US | NV | Sun Valley | Reno | 89433 | | 39.5964/ -119.7758 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:8017:83f6:737b:c05d | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:48da:8a0:7a08:f36e | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |
| 2600:6c4e:a80:280:11bb:1214:29cc:4e25 | US | NV | Sparks | Reno | 89431 | | 39.5449/ -119.7572 | Spectrum/ Spectrum |

### Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 71.89.252.164 | US | NV | Sun Valley | Reno | 89433 | | 39.5964/ -119.7758 | Spectrum/ Spectrum |

**This concludes Section B**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000361



# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 01-15-2020 20:37:00 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |
| **Associated CyberTipline Reports:** | 61999026, 62176500, 60635340, 60682542, 62445916, 62169458, 61181858, 61183602, 62173091, 61177343, 60972494, 61160201 |

*NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## Apparent Child Pornography

*A NCMEC analyst has viewed the uploaded files and found what appears to be Apparent Child Pornography.*

## NCMEC Note #1

*ECD-SAR 01-15-2020 20:37:00 UTC*

I reviewed the uploaded files and found what appears to be CHILD PORNOGRAPHY.

====

CT/TA results for: hotreadywhenyouare123*
-----------------------------------------
62445916
62176500
62173091
62169458
61183602
61177343
61160201
60972494
60682542
60635340 -- CURRENT REPORT


CT/TA results for: 2600:6c4e:a80:280:11bb:1214:29cc:4e25
---------------------------------------------------------
62445916
62176500

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**USAO 000362**

62173091
62169458
61183602
61181858
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 2600:6c4e:a80:280:2900:417:6d99:a817
---------------------------------------------------------
62445916
62176500
62173091
62169458
61183602
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 2600:6c4e:a80:280:c51e:ae6:d18c:22bb
---------------------------------------------------------
62445916
62176500
62173091
62169458
61183602
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 71.89.252.164
---------------------------------
62445916
62176500
62173091
62169458
61999026
61183602
61181858
61177343
61160201
60972494
60682542
60635340

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CT/TA results for: 2600:6c4e:a80:280:b454:42ea:61d:6a4d
----------------------------------------------------------
62445916
62176500
62173091
62169458
61183602
61181858
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 2600:6c4e:a80:280:48da:8a0:7a08:f36e
----------------------------------------------------------
62445916
62176500
62173091
62169458
61183602
61181858
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 2600:6c4e:a80:280:d47f:5011:cbd:b764
----------------------------------------------------------
62445916
62176500
62173091
62169458
61183602
61177343
61160201
60972494
60682542
60635340


CT/TA results for: 2600:6c4e:a80:280:8017:83f6:737b:c05d
----------------------------------------------------------
62445916
62176500
62173091
62169458

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000364

61183602
61181858
61177343
61160201
60972494
60682542
60635340


CT/TA results for: "Dolly Peterson"
------------------------------------
62445916
62176500
62173091
62169458
61183602
61177343
61160201
60972494
60682542
60635340


Reports appear related and will be sent with this report.

CT 61181858 appears related and contains additional identifiers listed below:

annaucke123@gmail.com
ryanenv@live.com
Al Nau

====

CT/TA results for: annaucke123*
-------------------------------
61181858


CT/TA results for: ryanenv*
---------------------------
61999026
61181858
32794691 NV, Las Vegas Metropolitan Police Department
31801460 NV, Las Vegas Metropolitan Police Department
31717199 NV, Las Vegas Metropolitan Police Department
31609743 NV, Las Vegas Metropolitan Police Department
31441662 NV, Las Vegas Metropolitan Police Department
31308986 NV, Las Vegas Metropolitan Police Department
31256108 NV, Las Vegas Metropolitan Police Department
31091970 NV, Las Vegas Metropolitan Police Department
29147815 NV, Las Vegas Metropolitan Police Department
27692182 NV, Las Vegas Metropolitan Police Department
27384045 NV, Las Vegas Metropolitan Police Department

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

USAO 000365



26394281 NV, United States

CT/TA results for: "Al Nau"
---------------------------
61181858

Reports appear related and were sent to the NV ICAC.

CT 61999026 appears related and contains additional identifiers listed below:

ryaneley123@gmail.com
+17752195261
Ryan thonto

====

CT/TA for the following yielded negative or irrelevant results:

ryaneley123*
+17752195261
7752195261
"Ryan thonto"

====

This has been sent to the NV ICAC based on the prior related reports.

## Uploaded File Information

### Files Viewed by NCMEC:

NCMEC staff have viewed the following uploaded files at the time a PDF of this report was generated.

#### Files Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| Google-CT-RPT-3d4d4c44729751ec55b5e6b61f95ed01-eo-110.mp4 | f5a2f7854799bca5c9e258be24622689 |
| Google-CT-RPT-a2a023de0c5c9685fe67a4902c50b4d7-VID-20170223-WA0052.mp4 | 6a7b3cac0eb01c672b631ae04411561a |
| Google-CT-RPT-c772300f76647b9e5673fd8ac6f6bdf9-eo-126.mp4 | 914f73d97ddb5db2b6c50f2617d84950 |
| report_10540880242858376442 | ca18bf0d2936f11777c0d4faebd1f48e |
| report_2893705311517057332 | 5435bedc79cd3d63dea5228ea63b0df8 |
| Google-CT-RPT-837c5db38fba81d8dcd1a7fe9e213176-eo-115.mp4 | 0b882b04317ed3d1f78a66c4100f2258 |
| Google-CT-RPT-5a66f7fcff2befe3358e1c049f1c874d-mari 18.mp4 | 93d773f471e1e58ea19a2dff5f9fe645 |
| Google-CT-RPT-77c5b4ef08c2ac6bfbd09eacbd41f6c5-eo-4.mp4 | 49f77d46eff67c7be2189ea1793c2095 |
| Google-CT-RPT-55db40ea6b752cd1b762980b45db6355-dddscrw.mp4 | 4d2a21fedc82e001bdc291e5bb4db6d1 |
| report_9021947899845250932 | 711bedc5fdf32bb4854881c3cb8abdab |
| report_13611091555013491045 | e943418d1e58ab001ae5d15b160b028e |
| report_3653942111428592808 | 5acfe6b61ebc526d1e54a34690ce09b1 |
| report_50557940780910722247 | 83619c49bcaee1a2a2a2c9ab6defbe97 |
| report_9980066444554056455 | ad9d3ce6382d8324e1cf523666aa23b9 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



## Files Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| Google-CT-RPT-62216f50c22e0044731a3abea428133c-VID-20170720-WA0041.mp4 | 71b79aa0dc83f17dbbb9373329f62f4e |
| report_3984034825742754024 | 80db88b9508ca15dbe925b64d71f7f4d |
| report_17306268549913871481 | c5b42fbcf6692b41dac3a389b727283b |
| report_13334194118259743071 | bcdc506aa80edb1fa41256f6ed1f0ad3 |
| report_15977413682758358032 | b4affc73e2afa4f4a020ad8fdeb1e00e |
| report_3975889243788062982 | 1dc2ddd7703d822b46a0814242cd6105 |
| report_12095445766224376718 | f78a05f0eff2cd94bab9ea5f1f02ed89 |
| report_10424200808435731657 | d68720d03d536e4f827f557dcb06ae0a |
| report_5099568137478132148 | 1800d22853bd3c6ba6c21bfef8948718 |
| report_5846425463002794005 | 8a030e3f2b225d6be89684efdc5c7b39 |
| report_14363141644855505004 | a0bf7f1e162bc068855b100b12a122a1 |
| Google-CT-RPT-473f7826fffb57961f8fe07a9a91c951-online_girls_0022.mp4 | 7cc507011f00251ca346888abcdd18eb |
| report_10010411557824797849 | 1b4d0cd20da4e74e712e084be68906e0 |

## Files Not Viewed by NCMEC:

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP or noted in Section B of the report.

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| report_4043690466004219824 | 51bcad0e842a0d9d028d5a703529fadc |
| report_7033403513946928415 | af8b3093591bf122b1f0b55adb7e7b9a |
| report_8525662435664837271 | 014cc33083f2d142bf3df50bd1eb4a3f |
| report_10952783099226824818 | 51998218248ab0f309753140a3fdf41b |

## Files Not Viewed by NCMEC:

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| report_9087985725645276877 | 8cd1baac51042433683c9714ccf4bc97 |
| report_3962739254078614535 | 867d02bc3d85536f065e5263e0ae3505 |
| report_6296793266502048093 | cadc443cd89229d5fcb16d3b48b444d5 |
| report_1637549298009904895 | fdfe44df1d1452067dfc8005e12650eb |
| report_2674682382168721371 | 40e3b1e1f2c4771eb8e7b01a9b80e50c |
| report_7289894455623512766 | 460cd45e56e10b9b40e48e6127b8365c |
| report_4630689011907147120 | 42bf7178c280a2c9de2d35a4764a1843 |
| report_11239885092919141478 | 29a2239564f7337251274fb0b3690823 |
| report_373346688766447224 | 47aac19c99b2bfa5465f45c426aa3087 |
| report_10114330473051273031 | bbfad624c5414d1053aa8854357550e0 |
| report_12579447567315613998 | c04a3fcffdade7100d4bd8720a349baa |
| report_1851473400255349557 | 6d4fe3824337180e5fc65dc8d3766b95 |
| report_16804895685905659861 | 2a102001f8ce46ab5dcf08f4c15d917 |
| report_1031551636061565538 | 8da211677e60b7aea2d73c60816f1bee |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

USAO 000367

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| report_17268648015855094115 | f3382d98784e5037d7292bf58a98ee24 |
| report_12324777311019981459 | 763765723a19a69fcc65d8bb6f29a963 |
| report_12310002735383942452 | 0a2a4a6df3fff6f1149900616f1ee7be |
| report_5762676996714761301 | 4e4d9cd73ffee591321914c682144045 |
| report_14664424532068088574 | b0921955ababeb0598b73ade2d9bc78b |
| report_6546443937988750250 | 53a89c990dac8bcde53ea0f1165b5f86 |
| report_1864324538541851232 | 633242fa08b00b1227d7615ac7dbe851 |
| report_5063320436252387292 | c3e6be54debcaa669959a131ef0de48f |
| report_4714539929371523081 | b8d8c996075605a9c7c2d25f570495ab |
| report_4931158180033729930 | c744fc857bb7ae3fc72d7cb4c43db94e |
| report_18135917748872974267 | d88b791591c7c5115d7ea51ec7eb88c5 |
| report_1362792316892076566 | 8087446968095952c4f3547147a5ed79 |
| report_10019511929354302214 | ae8c37144555ae88b45e9401ca408d90 |
| report_6222442389190226729 | c91918b1cf637343a6a79b263658fb51 |
| report_17035398503884401338 | c3aa8d1a03c7694e335c71aeb383df77 |
| report_8240452446507645849 | 98265ad353f2961b0405c568418674fa |
| report_8554288227967972438 | 9501bfa08dd7513e950abe02b16233d5 |
| report_16976153358049929731 | f7dad8aa35ae58fb670cabeb93a1a052 |
| report_15890557904668545635 | 1403f07c337b1bdd1e58e24fe51291cd |

**This concludes Section C**

---

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

---

This report contains ESP provided metadata information for one or more uploaded files.

For reports received through IDS, any metadata information provided separately by the ESP may be viewed by accessing 'Case Information' and viewing the 'Raw CyberTip Details' of the report.

For reports received through the CyberTip Downloader, any metadata information provided separately by the ESP may be viewed by accessing the 'Report Summary' page and clicking on 'Uploaded by ESP'. Files with metadata information provided separately by the ESP will display 'Metadata' with a 'View' option. Clicking on 'View' will display the available metadata in a new window.

Additionally, metadata information provided separately by the ESP may be viewed by accessing the XML file and viewing the espMetadata section of the report.

---

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

## Las Vegas Metropolitan Police Department

Investigator:

**Assigned Officer:**    Access VPN
**Title:**    Investigative Specialist Lisa Rowe
**City/State:**    Las Vegas, NV
**Country:**    United States
**Phone Number:**    702-828-0124
**Email Address:**    l3727r@lvmpd.com,D14466C@lvmpd.com,A6208C@lvmpd.com

**Time/Date was made available: 01-15-2020 20:37:00 UTC**

**This concludes Section D**

**This concludes CyberTipline Report 60635340**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**USAO 000369**