CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN THOMAS ELEY,<br><br>Defendant. | 3:21-cr-00011-MMD-WGC<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS [ECF 36]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and ANDREW WONG, Assistant Federal Public Defender, counsel for defendant Ryan Thomas Eley, to extend the deadline for the Government's Response to Defendant's Motion to Suppress [ECF No. 36] from December 6, 2021 to December 22, 2021.

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion to Suppress is due on December 22, 2021. The parties further stipulate that Defendant would have until January 12, 2022 to file any reply. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 30th day of November 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| _/s/ Randolph J. St. Clair_<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | _/s/ Andrew Wong_<br>ANDREW WONG<br>Assistant Federal Public Defender<br>Counsel for Ryan Thomas Eley |

**IT IS SO ORDERED.**

**HONORABLE MIRANDA M. DU**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** 12/1/2021

2