1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,

9         Plaintiff,

10        v.

11  RYAN THOMAS ELEY,

12        Defendant.

3:21-CR-00011-ART-CSD

**Preliminary Order of Forfeiture**

13      This Court finds Ryan Thomas Eley pled guilty to Counts One and Two of a Two-

14  Count Criminal Indictment charging him in Count One with receipt of child pornography

15  in violation of 18 U.S.C. § 2252A(a)(2) and in Count Two with possession of child

16  pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). Criminal Indictment, ECF No. 1;

17  Change of Plea, ECF No. 71; Government's Memorandum in Support of Defendant's Plea,

18  ECF No. 67.

19      This Court finds Ryan Thomas Eley agreed to the forfeiture of the property set forth

20  in the Government's Memorandum in Support of Plea and the Forfeiture Allegation of the

21  Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 71;

22  Government's Memorandum in Support of Defendant's Plea, ECF No. 67.

23      This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United

24  States of America has shown the requisite nexus between property set forth in the

25  Government's Memorandum in Support of Plea and the Forfeiture Allegation of the

26  Criminal Indictment and the offenses to which Ryan Thomas Eley pled guilty.

27      The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or

28  any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B) and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3):

1. a Kingston USB flash drive, Model Number Kingston DataTraveler 112 USB Device; Serial Number 0xecc370067e05f;

2. a SanDisk Cruzer USB Device;

3. a Seagate HDD external hard drive, Model Number ATA ST500DM002-1BC14 USB Device, Serial Number W2A8PZM3; and

4. an LG Stylo 5 cell phone

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Ryan Thomas Eley in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition

1   contesting the forfeiture must be filed, and state the name and contact information for the

2   government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)

3   and 21 U.S.C. § 853(n)(2).

4          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

5   or entity who claims an interest in the aforementioned property must file a petition for a

6   hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

7   petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C.

8   § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

9   right, title, or interest in the forfeited property and any additional facts supporting the

10  petitioner's petition and the relief sought.

11         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

12  must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal

13  Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than thirty

14  (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

15  after the first day of the publication on the official internet government forfeiture site,

16  www.forfeiture.gov.

17         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

18  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

19  Attorney's Office at the following address at the time of filing:

20         Daniel D. Hollingsworth
           Assistant United States Attorney
21         James A. Blum
           Assistant United States Attorney
22         501 Las Vegas Boulevard South, Suite 1100
           Las Vegas, Nevada 89101.
23

24         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

25  described herein need not be published in the event a Declaration of Forfeiture is issued by

26  the appropriate agency following publication of notice of seizure and intent to

27  administratively forfeit the above-described property.

28  / / /

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

2   copies of this Order to all counsel of record.

3       DATED: June 6, 2022.

4

5

6                                   ANNE R. TRAUM
                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4