UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RYAN THOMAS ELEY,<br><br>          Defendant. | Case No. 3:21-cr-00011-LRH-CSD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J St Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. Nemec, Assistant Federal Public Defender, counsel for Ryan Thomas Eley, that the Sentencing hearing currently scheduled for September 13, 2022, at 11:00 a.m., be vacated and continued to November 7, 2022, at 1:30 p.m.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to prepare mitigation materials for Mr. Eley's sentencing.

    2.    Defendant is incarcerated and does not object to a continuance.

    3.    The parties agree to the continuance.

1   This is the first request for a continuance of the sentencing hearing

3   DATED this 8th day of September 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By /s/ Benjamin F. Nemec                By /s/ Randolph J St Clair
BENJAMIN F. NEMEC                       RANDOLPH J ST CLAIR
Assistant Federal Public Defender       Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN THOMAS ELEY,<br><br>    Defendant. | Case No. 3:21-cr-00011-LRH-CSD<br><br>ORDER |

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 13, 2022, at 11:00 a.m., be vacated and continued to November 7, 2022, at 1:30 p.m.

DATED this 12th day of September 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE