**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>RYAN THOMAS ELEY,<br>　　　　Defendant. | 3:21-cr-00011-LRH-CSD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and through JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and BENJAMIN F. NEMEC, Assistant Federal Public Defender, counsel for defendant Ryan Thomas Eley, that the Sentencing hearing currently scheduled for November 7, at 1:30 p.m., be vacated and continued to November 10, 2022, at 1:30 p.m.

This Stipulation is entered into for the following reasons:

1. Government counsel has mandatory training in Las Vegas, NV that conflicts with this hearing.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

This is the parties' second request for an extension.

DATED this 26th day of October 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | */s/ Benjamin Nemec*<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Counsel for Ryan Thomas Eley |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:21-cr-00011-LRH-CSD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RYAN THOMAS ELEY, | |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for November 7, 2022, at 1:30 p.m., be vacated and continued to November 10, 2022, at 1:30 p.m.

DATED this 26th day of October 2022.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE