UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00011-HDM-CSD |
| Plaintiff, | ORDER |
| v. | |
| RYAN THOMAS ELEY, | |
| Defendant. | |

On appeal of the judgment of conviction in this case, the Ninth Circuit vacated Special Conditions No. 10, 11 and 12, and directed the court to orally pronounce the standard conditions of supervised release. By way of stipulation filed on February 6, 2025, the defendant has consented to imposition of the standard conditions of supervised release, and the parties agree to revised language for Special Conditions No. 10 and 12 and the striking of Special Condition No. 11. Accordingly, pursuant to the stipulation of the parties (ECF No. 128), the judgment of conviction will be amended as follows:

1. Special Condition No. 10 will provide:

**No Pornography** – You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256(5)), or any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. These restrictions do not apply to materials necessary to, and used for, any future

1

appeals, or collateral attacks, or materials prepared or used for the purposes of sex-offender treatment.

2. Special Condition No. 11 will be STRICKEN.

3. Special Condition No. 12 will provide:

**Sex Offender Treatment** – You must participate in an outpatient sex offense-specific treatment program and follow the rules and regulations of that program until the treatment provider determines that the treatment is completed or there is a discharge summary. The probation officer will supervise your participation in the program.

An amended judgment will be entered forthwith.

IT IS SO ORDERED.

DATED: This 7th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE